# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 21, 2025

## NO. 03-23-00355-CR

**The State of Texas, Appellant**

**v.**

**Jeffrey James Tropp, Appellee**

**APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY**
**VACATED AND REMANDED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order entered by the district court on June 8, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, we vacate the district court's June 8, 2023 "Amended Order Granting New Trial"; reinstate the district court's April 4, 2023 "Judgment of Conviction by Jury"; and remand this cause to the district court for further proceedings consistent with this opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.